IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN L. SANDERS**                                                                                              **PLAINTIFF**

**v.**                                  **CASE NO. 4:20-CV-00251-BSM**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## ORDER

After *de novo* review of the record, the recommended disposition from United States Magistrate Judge J. Thomas Ray [Doc. No. 13] is adopted. The commissioner's decision is affirmed and John Sanders's case is dismissed with prejudice.

IT IS SO ORDERED, this 4th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE